IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR99 |
| | ) | |
| v. | ) | |
| | ) | |
| EDGAR CABRERA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      This matter is before the Court on defendant's motion to restrict (Filing No. 53). The Court finds said motion should be granted. Accordingly,

      IT IS ORDERED that defendant's motion is granted; defendant may file his sentencing memorandum as a restricted document pursuant to the E-Government Act.

      DATED this 2nd day of January, 2008.

      BY THE COURT:

      /s/ Lyle E. Strom
      _____
      LYLE E. STROM, Senior Judge
      United States District Court